UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

                Plaintiff,

    v.

GR4 TRUCKING SERVICES, LLC.,

                Defendant.

No. C25-94RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on January 15, 2025. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than May 12, 2025. The Clerk of Court shall note this Show Cause on the Court's calendar for May 13, 2025.

        DATED this 28th day of April, 2025.

                                  Robert S. Lasnik
                                  United States District Judge